UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**IBEW LOCAL UNION NO. 915**
**PENSION-ANNUITY FUND et al.,**

    **Plaintiffs,**

v.                                                  **Case No. 8:23-cv-452-WFJ-AAS**

**JAM ELECTRIC, LLC,**

    **Defendant.**
_____/

## ORDER

The court held a hearing on plaintiffs IBEW Local Union No. 915 Pension-Annuity Fund, Randall King, Kenny Wooton, Vance Anderson, Shawn McDonnell, Roberto Rosa, Tony Grieco, IBEW Local Union No. 915 Health and Welfare Fund, Tampa Area Electrical JATC, and Local 915 of The International Brotherhood of Electrical Workers, AFL-CIO's motion for sanctions against defendant JAM Electric, LLC on September 20, 2023. (Doc. 25). For the reasons stated on the record at the hearing, it is **ORDERED**:

1. The plaintiffs' second motion for extension of time to file motion for default judgment (Doc. 27) is **GRANTED**. The plaintiffs must file the motion for default judgment by **December 19, 2023**.

2. The plaintiffs' motion for sanctions (Doc. 25) is **DENIED without prejudice** to plaintiffs re-filing the motion at a later date, if necessary.

1

As discussed in the hearing, the plaintiffs likely can establish damages with an adequate degree of certainty through a sufficiently detailed affidavit. *See Adolph Coors Co. v. Movement Against Racism and the Klan*, 777 F.2d 1538, 1544 (11th Cir. 1985) ("Damages may be awarded only if the record adequately reflects the basis for award via a hearing or a demonstration by detailed affidavits establishing the necessary facts.") (internal citations omitted).

**ORDERED** in Tampa, Florida on September 20, 2023.

*[Signature]*

AMANDA ARNOLD SANSONE
United States Magistrate Judge